# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| TIMOTHY JAY ADAMS, | : | No. 25 MM 2022 |
| Petitioner | : | |
| v. | : | |
| COMMONWEALTH OF PENNSYLVANIA, HON. MAUREEN T. BEIRNE, AND HON. EVAN WILLIAMS, | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 10th day of June, 2022, the Petition for Writ of Mandamus is DENIED, and the Prothonotary is DIRECTED to strike the names of the jurists from the caption.